1  John L. Burris, Esq., SBN 69888
2  Adantè D. Pointer, Esq., SBN 236229
   **LAW OFFICES OF JOHN L. BURRIS**
3  Airport Corporate Centre
   7677 Oakport St., Suite 1120
4  Oakland, CA 94621
   (510) 839-5200 office
5  (510) 839-3882 fax

6
   Attorneys for Plaintiffs
7

8
                    NORTHERN DISTRICT COURT OF CALIFORNIA
9
                                OAKLAND DIVISION
10

11

12

13 | EMILY LITTLER, an individual;           Case No.: 4:14-cv-05072 DMR
   | PETER CID, an individual;
14 |                                          SUMMONS RETURNED EXECUTED
   |         Plaintiffs,
15 | v.                                       SERVED: BAY AREA RAPID TRANSIT (BART)

16 | BAY AREA RAPID TRANSIT DISTRICT,
17 | A municipal corporation; and DOES
   | A1-50, Inclusive,
18
19 |         Defendants.
   |                                          PROOF OF SERVICE
20

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. C14-5072

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Bay Area Rapid Transit

was received by me on *(date)* 11/19/2014 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* J. Edwards, Dep Asst. District Sec. @ 1:49pm , who is
designated by law to accept service of process on behalf of *(name of organization)*
Bay Area Rapid Transit on *(date)* 11/19/2014 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ 65.00 for services, for a total of $ 65.00 .

I declare under penalty of perjury that this information is true.

Date: 11/20/2014

*Server's signature*

Russell Taylor # 1177
*Printed name and title*

1425 Lakeside Drive #206 Oakland, California 94612
*Server's address*

Additional information regarding attempted service, etc: