# ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP

ATTORNEYS

180 Montgomery Street, Suite 1200
San Francisco, California 94104

Telephone (415) 697-2000
Facsimile (415) 813-2045
Direct (415) 697-3459
E-Mail: kallen@aghwlaw.com

Our File No.:
01752-50169

June 17, 2015

Hon. Donna M. Ryu
Magistrate Judge
U.S. District Court/Northern District
Oakland Courthouse, Courtroom 4 - 3rd Floor
1301 Clay Street
Oakland, CA 94612

Re: *Littler, et al. v. Bay Area Rapid Transit District, et al.*
    USDC Case No. 4:14-cv-05072-DMR

Dear Judge Ryu:

On June 24, 2015 at 1:30 p.m., this matter is currently-scheduled for a Case Management Conference (Docket No. 15).

I respectfully request allowance to appear at the Case Management Conference in lieu of lead trial counsel Dale L. Allen, Jr. I am co-trial counsel in this matter, and am sufficiently prepared to address all of the matters referred to in the Northern District of California's standing order on Joint Case Management Statements. I have full authority to enter stipulations and make admissions.

Thank you for considering this request.

Very truly yours,

ALLEN, GLAESSNER,
HAZELWOOD & WERTH, LLP

Kevin P. Allen

IT IS SO ORDERED.

DATED: June 18   , 2015

_____
DONNA M. RYU
United States District Magistrate Judge

52801.1