United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EMILY LITTLER, et al.,

          Plaintiffs,

    v.

BAY AREA RAPID TRANSIT DISTRICT, et al.,

          Defendants.

Case No. 14-cv-05072-DMR

**ORDER ON JOINT DISCOVERY LETTER**

Re: Dkt. No. 40

    The court has received the parties' February 9, 2016 joint discovery letter in which Defendants' move to compel the production of documents. [Docket No. 40.] The fact discovery cut-off was January 12, 2016 and the expert discovery cut-off was February 9, 2016. Pursuant to Civil Local Rule 37-3, "no motions to compel fact discovery may be filed more than 7 days after the fact discovery cut-off." Accordingly, Defendants' motion appears untimely. While the Local Rule also provides that "no motions to compel expert discovery may be filed more than 7 days after the expert discovery cut-off," Civ. L.R. 37-3, there is no indication in the joint letter that the discovery at issue is related to expert discovery. If Defendants argue that their motion to compel is timely because it relates to expert discovery, Defendants shall file a one-page letter by close of business on **February 18, 2016** explaining how the discovery at issue relates to expert discovery. Defendants shall also identify all of the retained experts in this case (by all parties) and the subject of each expert's testimony.

    **IT IS SO ORDERED.**

Dated: February 17, 2016



Donna M. Ryu
United States Magistrate Judge