**JOHN L. BURRIS, Esq., SBN 69888**
**ADANTE D. POINTER, Esq., SBN 236229**

The Law Offices of John L. Burris
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882

john.burris@johnburrislaw.com

adante.pointer@johnburrislaw.com

Attorneys for Plaintiffs
EMILY LITTLER and PETER CID

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY LITTLER, an individual; and PETER CID, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>BAY AREA RAPID TRANSIT DISTRICT, a municipal corporation; and DOES 1-50, Inclusive<br><br>Defendants. | CASE NO.: 4:14-CV-05072-DMR<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

**NOTICE IS HEREBY GIVEN** that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs EMILY LITTLER and PETER CID voluntarily dismiss with prejudice the above-entitled action against Defendants MYRON LEE, KEITH JUSTICE, SEAN ROAN and BAY AREA RAPID TRANSIT DISTRICT.

Dated: May 11, 2016              /s/Adante D. Pointer

                                           ADANTE D. POINTER
                                           *Attorney for Plaintiffs*
                                           EMILY LITTLER and PETER CID